**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**Northern Division (Baltimore)**

| | |
|---|---|
| FRANCES CURD, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPIRIT AIRLINES, INC.<br><br>Defendant. | Case No. 22-cv-03174-GLR |

**ORDER**

The Court, having considered Plaintiff Frances Curd's and Defendant Spirit Airlines, Inc.'s joint motion to transfer this action to the Western District of Pennsylvania, finds that good cause supports the parties' joint motion and HEREBY ORDERS that the motion is GRANTED.

This action is hereby transferred to the Western District of Pennsylvania pursuant to the parties' consent under 28 U.S.C. § 1404(a) and for the convenience of the parties and witnesses and the interests of justice, *Calamp Wireless Networks Corp. v. Orbcomm, Inc.*, No. 2:16CV632, 2016 WL 9150694, at *3 (E.D. Va. Nov. 10, 2016).

Additionally, Defendant's previously-filed Motion to Dismiss (ECF 18) is DENIED without prejudice.

The Clerk is directed to TRANSFER this case to the United States District Court for the Western District of Pennsylvania for all further proceedings. The Clerk shall further CLOSE the case in this Court.

May 30, 2023

/s
_____
The Honorable George L. Russell, III
Judge, United States District Court for the District of Maryland